UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WORKERS' COMPENSATION REINSURANCE ASSOCIATION, MINNESOTA MEDICAL FOUNDATION, THE MINNEAPOLIS FOUNDATION, and ROBINS, KAPLAN, MILLER & CIRESI FOUNDATION FOR CHILDREN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and ROBERT G. SMITH,<br><br>Defendants. | Case No.: 09-cv-2291 (PJS/JSM)<br><br>SUPPLEMENTAL DECLARATION OF ROBERTA B. WALBURN IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND |

I, Roberta B. Walburn, declare as follows:

1. I am an attorney at Robins, Kaplan, Miller & Ciresi L.L.P., counsel for Plaintiffs in the above-captioned action.

2. Attached to this Declaration as Exhibit 46 is a true and correct copy of the Report/Order of the Special Master, dated July 8, 2009.

3. Attached to this Declaration as Exhibit 47A is a true and correct copy of excerpts from Plaintiff Workers' Compensation Reinsurance Association's Responses to Defendants' Second Set of Requests For Production of Documents and First Set of Requests For Admission, dated June 17, 2009.

4. Attached to this Declaration as Exhibit 47B is a true and correct copy of excerpts from Plaintiff Minnesota Medical Foundation's Responses to Defendants'

81050880.1

Second Set of Requests For Production of Documents and First Set of Requests For Admission, dated June 17, 2009.

5. Attached to this Declaration as Exhibit 47C is a true and correct copy of excerpts from Plaintiff The Minneapolis Foundation's Responses to Defendants' Second Set of Requests For Production of Documents and First Set of Requests For Admission, dated June 17, 2009.

6. Attached to this Declaration as Exhibit 47D is a true and correct copy of excerpts from Plaintiff Robins, Kaplan, Miller & Ciresi Foundation For Children's Responses to Defendants' Second Set of Requests For Production of Documents and First Set of Requests For Admission, dated June 17, 2009.

7. Attached to this Declaration as Exhibit 48 is a true and correct copy of a letter from Michael R. Cashman to the Honorable Magistrate Judge Janie S. Mayeron, dated September 14, 2009.

8. Attached to this Declaration as Exhibit 49 is a true and correct copy of Magistrate Judge Janie S. Mayeron's Order, dated September 16, 2009.

To the best of my knowledge and belief, I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 30, 2009         By:  s/ Roberta B. Walburn